O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTIAN GALLEGOS,                          )        CASE NO. CV 09-07935 DSF (RZ)
                                             )
                          Petitioner,        )
                                             )        ORDER ACCEPTING FINDINGS AND
           vs.                               )        RECOMMENDATIONS OF UNITED
                                             )        STATES MAGISTRATE JUDGE
LARRY SMALL, WARDEN,                         )
                                             )
                          Respondent.        )
                                             )

          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

file, and the Report and Recommendation of United States Magistrate Judge.  Further, the

Court has engaged in a de novo review of those portions of the Report to which Petitioner

has objected.  The Court accepts the findings and recommendations of the Magistrate

Judge.


          DATED: 6/11/12


                                             _____
                                                      DALE S. FISCHER
                                             UNITED STATES DISTRICT JUDGE